EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Comisión Especial para evaluar la nota de pase de las reválidas de derecho general y derecho notarial | 2021 TSPR 75 207 DPR ____ |
| --- | --- |

Número del Caso: EC-2021-02


Fecha: 28 de mayo de 2021


Materia: Resolución del Tribunal


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Comisión Especial para evaluar la nota de pase de las reválidas de derecho general y derecho notarial

EC-2021-02

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de mayo de 2021.

Los procesos de confección, administración y corrección de los exámenes de admisión a la abogacía y la notaría que actualmente se llevan a cabo en la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y la Notaría (Junta Examinadora) fueron el producto de estudios profundos. A raíz de estos estudios, adoptamos parámetros psicométricos para ajustar los niveles de dificultad entre las reválidas administradas a través de los años de forma tal que una misma puntuación en una reválida representara un desempeño similar, independientemente de la fecha en que se haya tomado este examen. Es decir, a través del tiempo, el nivel de dificultad de cada reválida, luego de ser ajustado, ha sido el mismo en todas las ocasiones en que ésta se ha administrado. Para ello, la Junta Examinadora utiliza un grupo de preguntas de selección múltiple que, históricamente, han servido como calibradores de los exámenes; lo que permite comparar el desempeño de determinado grupo de aspirantes al ejercicio de la abogacía y la notaría con grupos que han tomado los exámenes de reválida previamente. Igualmente, incorporamos nuevos procesos con el propósito de lograr la mayor objetividad posible en la corrección de la prueba e

implementamos controles para garantizar la confidencialidad del examen y su efectividad como mecanismo de medición. En consecuencia, entre otras medidas tomadas para elaborar un instrumento de medición confiable para este Tribunal, determinamos el tipo de preguntas que podrían ser formuladas en las reválidas y fijamos una puntuación mínima para aprobar el examen.

La Junta Examinadora ha realizado sus funciones de conformidad con la estructura y el esquema adoptado por este Tribunal. Esto forjó un sistema de reválida consistente a través del tiempo. En los pasados 35 años, el examen de reválida general ha mantenido un coeficiente de confiabilidad promedio de .91, lo que es comparable con el coeficiente de confiabilidad del *Multistate Bar Examination* confeccionado por el *National Conference of Bar Examiners* en Estados Unidos.

Desde hace varios años, el Poder Judicial ha concretado acciones puntuales ante la discusión que se ha generado sobre la reválida, como consecuencia de la notificación que hizo el American Bar Association (ABA) a las facultades de Derecho de Puerto Rico referente a su incumplimiento con el estándar de acreditación 316.[1] Entre los esfuerzos llevados a cabo por la Junta Examinadora con las facultades de Derecho están los siguientes: (1) se puso a disposición de las facultades de Derecho aspectos psicométricos de los exámenes, junto a asuntos de confección y corrección de la reválida; (2) se compartió la conversión utilizada para la parte de selección múltiple, el método utilizado para calibrar las reválidas, las configuraciones de calibradores, y datos sobre dificultad y discriminación de los calibradores; (3) personal experto de la Junta Examinadora atendió preguntas puntuales sobre la puntuación mínima y máxima de la escala calibrada total, y la fórmula de conversión para la parte de selección múltiple, entre otros aspectos psicométricos; (4) se discutió la información referente a estudios que la Junta Examinadora realizó sobre el examen, por ejemplo, el

---

[1] En el 2019, la ABA enmendó algunos de los Estándares y Reglas de Procedimiento para la Aprobación de Escuelas de Derecho. Ello resultó en la adopción de un nuevo Estándar 316, el cual establece los porcentajes de aprobación en las reválidas de derecho que deben satisfacer los egresados de las escuelas para que estas mantengan la acreditación otorgada por dicho organismo. Según quedó aprobado, el Estándar 316 lee:

> At least 75 percent of a law school´s graduates in a calendar year who sat for a bar examination must have passed a bar examination administered within two years of their date of graduation.

Disponible en: https://www.americanbar.org/content/dam/aba/administrative/legal_education_and_admissions_to_the_bar/standards/2020-2021/2020-21-aba-standards-and-rules-chapter3.pdf.

estudio de fatiga en la parte de selección múltiple de la reválida general; y (5) se acreditó que, al culminar cada corrección de las reválidas, la Junta Examinadora entrega a las facultades de Derecho las estadísticas sobre los resultados de estos exámenes; los nombres de los aspirantes aprobados por Escuela de Derecho; las puntuaciones totales y sus rangos; las preguntas de discusión según su grado de dificultad; la puntuación calibrada promedio en cada parte del examen; la puntuación promedio de los egresados en la parte de selección múltiple, desglosada por materia evaluada; la relación existente entre las puntuaciones totales de los egresados, las puntuaciones en los exámenes de admisión a las Escuelas de Derecho y el promedio académico; y los resultados del proceso de reconsideración.

Como un esfuerzo adicional, la Junta Examinadora nos ha informado del inicio de un proceso más amplio dirigido a evaluar la puntuación mínima requerida a los aspirantes para aprobar los exámenes de reválida. Actualmente, la puntuación mínima requerida a los aspirantes para aprobar los exámenes de admisión a la abogacía y la notaría es de 596 puntos ajustados. Al igual que sucedió con la evaluación de toda la estructura y sistema de reválida, esta puntuación fue producto de una serie de estudios realizados por la Junta Examinadora. Luego de completados estos estudios y establecida la referida nota de pase, en cada examen de reválida que se ha administrado, finalizada su corrección, la Junta Examinadora se ha dado a la tarea de validar esta puntuación. Asimismo, la Junta Examinadora ha llevado a cabo diversos análisis y recientemente realizó un estudio utilizando la metodología de panel de profesionales del Derecho, cuyo propósito era revisar esta puntuación mínima.

La Junta Examinadora hizo constar ante este Tribunal la necesidad de evaluar información adicional para que esta Curia tuviera ante su consideración los elementos necesarios para determinar si la puntuación mínima para aprobar los exámenes de reválida debe ser modificada o mantenida.

Conforme se desprende de la Regla 5.6 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría (el Reglamento), 4 L.P.R.A. Ap. XVII-B, "[l]a puntuación mínima para aprobar los exámenes de Reválida General y Notarial será establecida por el Tribunal de tiempo en tiempo con la recomendación y el consejo de la Junta, y será notificada a los aspirantes conforme con lo dispuesto en la Regla 8.1.1(c) de este Reglamento".

Luego de evaluar toda la información presentada por la Junta Examinadora, este Tribunal determinó crear una

comisión especial para que recopile la información que resta por analizar con respecto a la puntuación mínima para aprobar las reválidas de derecho en nuestra jurisdicción. En particular, se deberá evaluar la información sobre el perfil de los egresados de las tres escuelas de derecho de Puerto Rico, los parámetros de reclutamiento y admisión utilizados por estas instituciones educativas, las medidas empleadas por estas escuelas durante los estudios conducentes al grado de *Juris Doctor* para evaluar el aprovechamiento académico de estos egresados, los cambios en los currículos académicos, los cursos obligatorios y electivos, y cualquier otra información que la comisión estime necesaria para completar su encomienda.

Esta Comisión la presidirá el Juez Asociado, señor Ángel Colón Pérez, y estará integrada por los siguientes miembros de la Junta Examinadora:

Lcda. Diana Azizi de Arbona
Lcdo. Juan Marqués Díaz
Lcdo. Ricardo Ramírez Lugo

La Comisión podrá procurar la asistencia de los psicómetras de la Junta Examinadora durante su gestión. El Director Ejecutivo de la Junta Examinadora, Lcdo. Héctor Rodríguez Mulet, brindará el apoyo necesario para que la Comisión pueda cumplir sus tareas eficientemente.

Durante este esfuerzo las facultades de Derecho tendrán la oportunidad de suministrar toda aquella información que entiendan pueda ayudar a la Comisión a completar exitosamente su trabajo. A esos fines, la Comisión se estará comunicando oportunamente con los Decanos y la Decana de las facultades de Derecho.

Toda la información que ha sido analizada por la Junta Examinadora hasta el presente sobre la puntuación mínima del examen, y la que se recopile en el transcurso de los trabajos de la Comisión, no será divulgada a terceros hasta que otra cosa se disponga, por considerarse documentos de trabajo del Tribunal.

Una vez se haya recopilado y analizado la información adicional, la Comisión presentará su informe a este Tribunal. Finalizado este proceso, este Tribunal estará en una mejor posición para realizar los cambios que estime necesarios, si alguno, con relación a la nota de pase de admisión a la abogacía y la notaría.

Notifíquese al Director Administrativo de los Tribunales; a los integrantes de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y la Notaría; al

Director Ejecutivo de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y la Notaría; y a los Decanos y la Decana de las Escuelas y Facultades de Derecho de Puerto Rico.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo